PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
KELSEY HARRISON (CA SBN 328621)
KHarrison@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

**Attorneys for Defendant S. C. Johnson & Son, Inc**.
(Additional counsel listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *IN RE: S.C. JOHNSON & SON, INC. WINDEX NON-TOXIC LITIGATION* | Master File No. 4:20-cv-03184-HSG |
| | **JOINT STATUS REPORT** |
| This Document Relates To: All Actions | Hon. Haywood S. Gilliam Jr. |
| . | |

| | |
|---|---|
| **CLARKSON LAW FIRM, P.C.**<br>Ryan J. Clarkson (SBN 257074)<br>rclarkson@clarksonlawfirm.com<br>Katherine A. Bruce (SBN 288694)<br>kbruce@clarksonlawfirm.com<br>Matthew T. Theriault (SBN 244037)<br>mtheriault@clarksonlawfirm.com<br>Lauren E. Anderson (SBN 329173)<br>landerson@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, California 90265<br>Telephone: (213) 788-4050<br>Facsimile: (213) 788-4070<br><br>*Counsel for Plaintiff Michelle Moran* | **MOON LAW APC**<br>Christopher D. Moon (SBN 246622)<br>chris@moonlawapc.com<br>Kevin O. Moon (SBN 246792)<br>kevin@moonlawapc.com<br>228 Hamilton Ave., 3rd Fl<br>Palo Alto, California 94301<br>Telephone: (619) 915-9432<br>Facsimile: (650) 618-0478<br><br>*Counsel for Plaintiff Michelle Moran* |
| **REESE LLP**<br>Michael R. Reese (SBN 206773)<br>mreese@reesellp.com<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br>Facsimile: (212) 253-4272<br><br>*Counsel for Monica Waddell* | **SHEEHAN & ASSOCIATES, P.C.**<br>Spencer Sheehan (admitted pro hac vice)<br>spencer@spencersheehan.com<br>60 Cuttermill Road, Suite 409<br>Great Neck, New York 11021<br>Telephone: (516) 303-0552<br>Facsimile: (516) 234-7800<br><br>*Counsel for Monica Waddell* |

Plaintiffs Michelle Moran and Monica Waddell and Defendant S. C. Johnson & Son, Inc. submit this joint status report in accordance with the Court's January 21, 2022 Order (ECF No. 77).

1. On December 7, 2021, the Superior Court of California, County of Alameda held a hearing regarding final approval of class settlement in *Clark v. S.C. Johnson & Son, Inc.,* No. RG20067897 (Cal. Super. Ct.). At the hearing, Plaintiff Moran objected to the settlement. The *Clark* court's tentative ruling granted final approval of settlement, but the court has not yet issued a final order.

2. The parties request that the Court continue the stay in this action. The parties will promptly apprise the Court once the *Clark* court issues an order with respect to final approval of the settlement.

Dated: January 28, 2022                    MORRISON & FOERSTER LLP

                                           By:  /s/ Purvi G. Patel
                                                Purvi G. Patel

                                           **Attorneys for Defendant
                                           S. C. Johnson & Son, Inc.**

Dated: January 28, 2022                    CLARKSON LAW FIRM, P.C.

                                           By:  /s/ Katherine A. Bruce
                                                Katherine A. Bruce

                                           **Attorneys for Plaintiff
                                           Michelle Moran**

Dated: January 28, 2022                    REESE LLP

                                           By:  /s/ Michael R. Reese
                                                Michael R. Reese

                                           **Attorneys for Plaintiff
                                           Monica Waddell**

## ATTESTATION OF FILER

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 28, 2022  /s/ *Purvi G. Patel*
Purvi G. Patel

***Attorneys for Defendant***
***S. C. Johnson & Son, Inc.***